UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

*Mark Bailey v. Boehringer Ingelheim Pharmaceuticals Inc., et al.*   No. 13-cv-51378-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on November 20, 2015 the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
        **Deputy Clerk**

**Dated:** November 20, 2015

Digitally signed by
Judge David R. Herndon
Date: 2015.11.20 11:37:14 -06'00'

**APPROVED:**
     **U.S. DISTRICT JUDGE**
     **U. S. DISTRICT COURT**